UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERDIEMCO, LLC, <br><br>*Plaintiff,* <br><br>v. <br><br>GPS LOGIC, LLC, et al. <br><br>*Defendants.* | Case No. 2:15-cv-1216-JRG-RSP |

## ORDER

Before the Court is the Report and Recommendation of Magistrate Judge Payne (Dkt. No. 147) concluding that Defendant's Motion for Judgment on the Pleadings that the Asserted Patents Claim Ineligible Subject Matter under 35 U.S.C. § 101 and Defendant's Motion for Judgment on the Pleadings that the Claims of the Asserted Patents are Invalid under 35 U.S.C. § 112 ¶¶ 1 and 2 (Dkt. Nos. 48, 49) should both be denied. After reviewing the record and the objections *de novo*, the Court finds that the Magistrate Judge's Report and Recommendation should be **ADOPTED**. (Dkt. No. 147.) Accordingly, Defendant's Motions (Dkt. 48, 49) are **DENIED**.

So ORDERED and SIGNED this 29th day of September, 2016.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE